# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
Jerome Capozzoli § Case No. 13-17171
Monica Abud Delamora §
 §
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/24/2013 . The undersigned trustee was appointed on 04/24/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $       19,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 66.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 4,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 14,933.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/15/2013  and the deadline for filing governmental claims was  11/15/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,250.00 , for a total compensation of $ 2,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.54 , for total expenses of $ 14.54 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/13/2015                By:/s/STEVEN R. RADTKE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-17171 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Jerome Capozzoli | | | | Date Filed (f) or Converted (c): | 04/24/2013 (f) |
| | Monica Abud Delamora | | | | 341(a) Meeting Date: | 07/08/2013 |
| For Period Ending: | 08/13/2015 | | | | Claims Bar Date: | 11/15/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1027 Highland Ave Oak Park, Il 60304 - (Debtors Primary Resi | 173,000.00 | 0.00 | | 0.00 | FA |
| 2. 1006 W Lake Street, Chicago Il - Property Owened By Koi Grou | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account With Chase | 120.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods; Tv, Dvd Player, Tv Stand, Stereo, Sofa, Vac | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, Cd's, Dvd's, Tapes/Records, Family Pictures | 200.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Wearing Apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, Watch, Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8. Pension W/ Employer/Former Employer - 100% Exempt. | Unknown | Unknown | | 0.00 | FA |
| 9. 1/3Rd Interest In Koi Group, Inc (Dissolved, Seeking Reinsta | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 10. 1/3Rd Interest In Bep, Inc. With Darien Rafie & Michael Kryg | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 11. Debtor Was Victim Of Embezelment By Michael Kryger; Fbi Is A | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 12. 5 snakes, 3 chickens, 1 dog, 2 koi fish & 40 rats (to feed t | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $476,820.00 | $319,000.00 | | $19,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold his right, title and interest in debtor's one third interest in KOI Group, Inc. for $15,000 and Debtor's interest in B.E.P. Consulting, Inc. for $4K.  Trustee is preparing case for closing.

Initial Projected Date of Final Report (TFR): 08/31/2015     Current Projected Date of Final Report (TFR): 08/31/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-17171 | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Jerome Capozzoli | Bank Name: | Associated Bank | |
| | Monica Abud Delamora | Account Number/CD#: | XXXXXX5471 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4489 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/13/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/13 | 9 | Samuel Neschis<br>Attorney for Debtor<br>from Client Fund Account | Proceeds of sale of trustee's right, title and interest in KOI Group, Inc. | 1129-000 | $15,000.00 | | $15,000.00 |
| 10/21/13 | 1001 | Jerome Capozzoli<br>1027 Highland Avenue<br>Oak Park, IL 60304 | Debtor Exemption<br>Debtor's exemption in 1/3 interest in KOI Group, Inc. | 8100-002 | | $4,000.00 | $11,000.00 |
| 11/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.29 | $10,977.71 |
| 12/06/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.55 | $10,956.16 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.23 | $10,933.93 |
| 04/24/15 | 10 | Lohman, Neschis & Tolitano LLC<br>DBA Lnt Law<br>Lawyers Trust Fund of Illinois<br>2400 E. Devon Avenue, Suite 284<br>Des Plaines, IL 60018 | Proceeds of sale of trustee's right, title and interest in BEP, Inc. | 1129-000 | $4,000.00 | | $14,933.93 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $19,000.00 | $4,066.07 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,000.00 | $4,066.07 |
| Less: Payments to Debtors | $0.00 | $4,000.00 |
| Net | $19,000.00 | $66.07 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                   Page Subtotals:         $19,000.00      $4,066.07

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5471 - Checking | $19,000.00 | $66.07 | $14,933.93 |
|  | $19,000.00 | $66.07 | $14,933.93 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $19,000.00 |
| Total Gross Receipts: | $19,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-17171
Debtor Name: Jerome Capozzoli
Claims Bar Date: 11/15/2013

Date: August 13, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $2,250.00 | $2,250.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $14.54 | $14.54 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $2,400.00 | $2,400.00 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $222.86 | $222.86 |
| 2 280 5800 | American Chartered Bank<br>J. Cory Faulkner<br>Ashen Faulkner Ltd.<br>217 N. Jefferson St Ste 601<br>Chicago, Il 60661 | Priority | Withdrawn | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | American Chartered Bank<br>Attn: Bankruptcy Dept.<br>20 N Martingale Rd<br>Suite 600<br>Schaumburg, Il 60173 | Unsecured | | $0.00 | $617,988.63 | $617,988.63 |
| 3 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $14,985.22 | $14,985.22 |
| 4 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $13,588.88 | $13,588.88 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-17171  
Debtor Name: Jerome Capozzoli  
Claims Bar Date: 11/15/2013  

Date: August 13, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $150.00 | $150.00 |
| 6<br>300<br>7100 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,289.66 | $1,289.66 |
| 7<br>300<br>7100 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $0.00 | $5,146.49 | $5,146.49 |
| 8<br>300<br>7100 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $0.00 | $6,577.75 | $6,577.75 |
| 9<br>300<br>7100 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $0.00 | $8,406.39 | $8,406.39 |
| 10<br>300<br>7100 | Bmw Financial Services Na, Llc<br>P.O. Box 201347<br>Arlington, Tx 76006 | Unsecured | | $0.00 | $7,924.99 | $7,924.99 |
| 11<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $80.77 | $80.77 |
| 12<br>300<br>7100 | Bmw Financial Services Na, Llc<br>P.O. Box 3608<br>Dublin Oh 43016 | Unsecured | | $0.00 | $1,985.99 | $1,985.99 |
| 13<br>300<br>7100 | U. S. Small Business Administration<br>U.S. Small Business Administration<br>801 Tom Martin Drive Suite 120<br>Birmingham, Al 3521 | Unsecured | | $0.00 | $3,934.44 | $3,934.44 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-17171  
Debtor Name: Jerome Capozzoli  
Claims Bar Date: 11/15/2013  

Date: August 13, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14<br>300<br>7100 | Bep, Inc<br>1006 W Lake St<br>Chicago, Il 60607 | Unsecured | Withdrawn | $0.00 | $0.00 | $0.00 |
| 15<br>350<br>7200 | Ecast Settlement Corp,<br>Assignee Of Capital One, N.A.<br>(Best Buy Co., Inc.)<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, Az 85712 | Unsecured | | $0.00 | $1,605.06 | $1,605.06 |
| 2<br>400<br>4110 | American Chartered Bank<br>J. Cory Faulkner<br>Ashen Faulkner Ltd.<br>217 N. Jefferson St Ste 601<br>Chicago, Il 60661 | Secured | Withdrawn | $0.00 | $0.00 | $0.00 |
| | Case Totals | | | $0.00 | $688,551.67 | $688,551.67 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                                                Printed: August 13, 2015

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-17171  
Case Name: Jerome Capozzoli  
           Monica Abud Delamora  
Trustee Name: STEVEN R. RADTKE

Balance on hand        $     14,933.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | American Chartered Bank - Withdrawn | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors     $    0.00

Remaining Balance     $    14,933.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 14.54 | $ 0.00 | $ 14.54 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 222.86 | $ 0.00 | $ 222.86 |

Total to be paid for chapter 7 administrative expenses     $    4,887.40

Remaining Balance     $    10,046.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American Chartered Bank - Withdrawn | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 0.00 |
| Remaining Balance | | $ 10,046.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 682,059.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Chartered Bank | $ 617,988.63 | $ 0.00 | $ 9,102.79 |
| 3 | Discover Bank | $ 14,985.22 | $ 0.00 | $ 220.73 |
| 4 | Discover Bank | $ 13,588.88 | $ 0.00 | $ 200.16 |
| 5 | Quantum3 Group Llc As Agent For | $ 150.00 | $ 0.00 | $ 2.21 |
| 6 | Fsb American Express Bank | $ 1,289.66 | $ 0.00 | $ 19.00 |
| 7 | Ecast Settlement Corporation, Assignee | $ 5,146.49 | $ 0.00 | $ 75.81 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Ecast Settlement Corporation, Assignee | $ 6,577.75 | $ 0.00 | $ 96.89 |
| 9 | Ecast Settlement Corporation, Assignee | $ 8,406.39 | $ 0.00 | $ 123.82 |
| 10 | Bmw Financial Services Na, Llc | $ 7,924.99 | $ 0.00 | $ 116.73 |
| 11 | Capital Recovery V, Llc | $ 80.77 | $ 0.00 | $ 1.19 |
| 12 | Bmw Financial Services Na, Llc | $ 1,985.99 | $ 0.00 | $ 29.25 |
| 13 | U. S. Small Business Administration | $ 3,934.44 | $ 0.00 | $ 57.95 |
| 14 | Bep, Inc. - Withdrawn | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 10,046.53

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,605.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Ecast Settlement Corp, | $ 1,605.06 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE