Case 13-17171   Doc 44   Filed 09/11/15   Entered 09/13/15 23:32:16   Desc Imaged
                         Certificate of Notice   Page 1 of 7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
Jerome Capozzoli                        §     Case No. 13-17171
Monica Abud Delamora                    §
                                        §
                                        §
        Debtor(s)                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on October 22, 2015
in Courtroom  742, U.S. Courthouse
219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                              Clerk of the Court


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
　　　　　　　　　　　　　　　　 §
Jerome Capozzoli　　　　　　　　§　　Case No. 13-17171
Monica Abud Delamora　　　　　§
　　　　　　　　　　　　　　　　 §
　　　　　　　Debtor(s)　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 19,000.00 |
| and approved disbursements of | $ | 4,066.07 |
| leaving a balance on hand of[1] | $ | 14,933.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2 | American Chartered Bank - Withdrawn | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 14,933.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 14.54 | $ 0.00 | $ 14.54 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 222.86 | $ 0.00 | $ 222.86 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ 4,887.40 |
|---|---|---|
| | Remaining Balance | $ 10,046.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American Chartered Bank - Withdrawn | $ 0.00 | $ 0.00 | $ 0.00 |

| | Total to be paid to priority creditors | $ 0.00 |
|---|---|---|
| | Remaining Balance | $ 10,046.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 682,059.21 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Chartered Bank | $ 617,988.63 | $ 0.00 | $ 9,102.79 |
| 3 | Discover Bank | $ 14,985.22 | $ 0.00 | $ 220.73 |
| 4 | Discover Bank | $ 13,588.88 | $ 0.00 | $ 200.16 |
| 5 | Quantum3 Group Llc As Agent For | $ 150.00 | $ 0.00 | $ 2.21 |
| 6 | Fsb American Express Bank | $ 1,289.66 | $ 0.00 | $ 19.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Ecast Settlement Corporation, Assignee | $ 5,146.49 | $ 0.00 | $ 75.81 |
| 8 | Ecast Settlement Corporation, Assignee | $ 6,577.75 | $ 0.00 | $ 96.89 |
| 9 | Ecast Settlement Corporation, Assignee | $ 8,406.39 | $ 0.00 | $ 123.82 |
| 10 | Bmw Financial Services Na, Llc | $ 7,924.99 | $ 0.00 | $ 116.73 |
| 11 | Capital Recovery V, Llc | $ 80.77 | $ 0.00 | $ 1.19 |
| 12 | Bmw Financial Services Na, Llc | $ 1,985.99 | $ 0.00 | $ 29.25 |
| 13 | U. S. Small Business Administration | $ 3,934.44 | $ 0.00 | $ 57.95 |
| 14 | Bep, Inc. - Withdrawn | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    10,046.53

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,605.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Ecast Settlement Corp, | $ 1,605.06 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $    0.00

Remaining Balance    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 13-17171-CAD
Jerome Capozzoli                                               Chapter 7
Monica Abud DeLaMora
       Debtors                **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: mgonzalez           Page 1 of 2             Date Rcvd: Sep 11, 2015
                              Form ID: pdf006           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2015.
```
db/jdb         +Jerome Capozzoli,    Monica Abud DeLaMora,    1027 Highland Ave,    Oak Park, IL 60304-2207
aty            +Chill, Chill & Radtke, P.C.,    79 W. Monroe Street,    Suite 1305,    Chicago, IL 60603-4925
20384767       +AMEX,   Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
20384786       +American Chartered Bank,    J. Cory Faulkner,    Ashen Faulkner Ltd.,
                 217 N. Jefferson St Ste 601,    Chicago, IL 60661-1114
21026995        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20698229       +BEP, Inc,   c/o Samuel Neschis,    Horowitz Law Offices,    311 W. Superior Street, #314,
                 Chicago, IL 60654-4523
20384760       +BEP, Inc,   c/o Samuel Neschis,    2400 East Devon Avenue Suite 284,
                 Des Plaines, IL 60018-4617
21226422       +BEP, Inc.,   c/o Samuel Neschis,    Lohman, Neschis & Tolitano, LLC,    2400 East Devon Avenue,
                 Des Plaines, IL 60018-4619
21061427       +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
20384781        Bank of America,    Bankruptcy Department,    PO Box 15168,    Wilmington, DE 19850
20384768       +CAP1/Bstby,   Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
20384769       +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
20384763       +CHASE,   Attn: Bankruptcy Dept.,    Po Box 901039,    Fort Worth, TX 76101-2039
20384771       +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
20384775       +COMENITY BANK/Anntylr,    Attn: Bankruptcy Dept.,    Po Box 182273,    Columbus, OH 43218-2273
20384782       +Chase Bank,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
20384762       +Dependon Collection SE,    Attn: Bankruptcy Dept.,    Po Box 4833,    Oak Brook, IL 60522-4833
20384764       +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
20384765       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
20384787       +KOI Group, Inc,    1006 W Lake St,    Chicago, IL 60607-1715
20698214       +KOI, Inc,    c/o Samuel Neschis,    Horowitz Law Offices,    311 W. Superior Street, #314,
                 Chicago, IL 60654-4523
20384766       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
20384785       +Transworld Systems Inc.,    Bankruptcy Department,    25 Northwest Point Blvd. #750,
                 Elk Grove Village, IL 60007-1058
20384784       +Vital Recovery Services, Inc.,    Bankruptcy Department,    PO Box 923747,
                 Norcross, GA 30010-3747
21057644        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20384783        E-mail/Text: bankruptcynotices@bmwfs.com Sep 12 2015 01:44:44     BMW Financial,
                 Attn: Bankruptcy Dept.,    5515 Parkcenter Cir,    Dublin, OH 43017
20384759        E-mail/Text: bankruptcynotices@bmwfs.com Sep 12 2015 01:44:44     BMW Financial Services,
                 Attn: Bankruptcy Dept.,    5515 Parkcenter Cir,    Dublin, OH 43017
20445413       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 12 2015 02:36:28
                 BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
22543732       +E-mail/Text: bankruptcynotices@bmwfs.com Sep 12 2015 01:44:44
                 BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
21185317        E-mail/PDF: rmscedi@recoverycorp.com Sep 12 2015 01:40:38     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20887984        E-mail/PDF: mrdiscen@discover.com Sep 12 2015 01:39:52     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20384773       +E-mail/PDF: mrdiscen@discover.com Sep 12 2015 01:39:52     Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
20384774       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 01:40:15     Gecrb/Gapdc,
                 Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
20936654        E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2015 01:43:44
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
20384780       +E-mail/Text: birminghamtops@sba.gov Sep 12 2015 01:44:45     U.S. Small Business Administration,
                 801 Tom Martin Drive Suite 120,    Birmingham, AL 35211-6424
22096084       +E-mail/Text: bnc@bass-associates.com Sep 12 2015 01:43:00     eCAST Settlement Corp,,
                 Assignee of Capital One, N.A.,    (Best Buy Co., Inc.),    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21185887*       +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
20445415*       +BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
22543733*       +BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
20384770*       +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
20384772*       +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
20384776*       +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
20384777*       +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
20384778*       +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
20384779*       +Discover FIN SVCS LLC,    Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
```

```
District/off: 0752-1          User: mgonzalez              Page 2 of 2                  Date Rcvd: Sep 11, 2015
                              Form ID: pdf006              Total Noticed: 36

            ***** BYPASSED RECIPIENTS (continued) *****
21057645*         eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                   New York, NY 10087-9262
21057646*         eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                   New York, NY 10087-9262
20384761       ##+CHASE,    Attn: Bankruptcy Dept.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
                                                                                             TOTALS: 0, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2015 at the address(es) listed below:
           David M Lulkin    on behalf of Joint Debtor Monica Abud DeLaMora ndil@geracilaw.com
           David M Lulkin    on behalf of Debtor Jerome  Capozzoli ndil@geracilaw.com
           Deborah S Ashen   on behalf of Creditor    American Chartered Bank dsa@ashenlaw.com
           Jessica S Naples  on behalf of Creditor    JPMorgan Chase Bank, National Association
            ND-Two@il.cslegal.com
           Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
           Samuel  Neschis   on behalf of Creditor    KOI, Inc. sneschis@LNT-LAW.com
           Samuel  Neschis   on behalf of Creditor    BEP, Inc. sneschis@LNT-LAW.com
           Steven R Radtke   sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
           Steven R Radtke   on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
            sradtke@ecf.epiqsystems.com
                                                                                                 TOTAL: 9
```