UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| Jerome Capozzoli § | Case No. 13-17171 |
| Monica Abud Delamora § | |
| § | |
| Debtors § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 443,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 37,820.00 |
| Total Distributions to Claimants:  10,046.53 | Claims Discharged<br>Without Payment:  1,610,311.74 |
| Total Expenses of Administration:  4,953.47 | |

3) Total gross receipts of $ 19,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,000.00  (see **Exhibit 2**), yielded net receipts of $ 15,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 843,035.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,953.47 | 4,953.47 | 4,953.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,659.00 | 683,664.27 | 683,664.27 | 10,046.53 |
| **TOTAL DISBURSEMENTS** | $ 936,694.00 | $ 688,617.74 | $ 688,617.74 | $ 15,000.00 |

4) This case was originally filed under chapter 7 on 04/24/2013 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/02/2015          By:/s/STEVEN R. RADTKE
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/3Rd Interest In Bep, Inc. With Darien Rafie & Michael Kryg | 1129-000 | 4,000.00 |
| 1/3Rd Interest In Koi Group, Inc (Dissolved, Seeking Reinsta | 1129-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 19,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jerome Capozzoli | Exemptions | 8100-002 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Chartered Bank Attn: Bankruptcy Dept. 20 N Martingale Rd Suite 600 | | 620,330.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 CHASE Attn: Bankruptcy Dept. 10790 Rancho Bernardo Rd San Diego CA 92127 | | 179,299.00 | NA | NA | 0.00 |
| | 3 CHASE Attn: Bankruptcy Dept. Po Box 901039 Fort Worth TX 76101 | | 43,406.00 | NA | NA | 0.00 |
| 2 | American Chartered Bank | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 843,035.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 14.54 | 14.54 | 14.54 |
| Associated Bank | 2600-000 | NA | 66.07 | 66.07 | 66.07 |
| STEVEN R. RADTKE | 3110-000 | NA | 2,400.00 | 2,400.00 | 2,400.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 222.86 | 222.86 | 222.86 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,953.47 | $ 4,953.47 | $ 4,953.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Chartered Bank | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | 1,156.00 | NA | NA | 0.00 |
| 10 | Chase Bank Bankruptcy Department PO Box 15298 Wilmington DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 11 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 7,075.00 | NA | NA | 0.00 |
| | 12 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 11,860.00 | NA | NA | 0.00 |
| | 13 COMENITY BANK/Anntylr Attn: Bankruptcy Dept. Po Box 182273 Columbus OH 43218 | | 172.00 | NA | NA | 0.00 |
| | 14 Dependon Collection SE Attn: Bankruptcy Dept. Po Box 4833 Oak Brook IL 60522 | | 320.00 | NA | NA | 0.00 |
| | 15 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | 12,890.00 | NA | NA | 0.00 |
| | 16 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | 14,872.00 | NA | NA | 0.00 |
| | 17 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 18 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 19 Gecrb/Gapdc Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | 2.00 | NA | NA | 0.00 |
| | 2 Bank of America Bankruptcy Department PO Box 15168 Wilmington DE 19850 | | 5,500.00 | NA | NA | 0.00 |
| | 20 Small Business Administration Bankruptcy Department 801 Tom Martin Dr., Ste. 201 Birmingham AL 35211-6424 | | 5,000.00 | NA | NA | 0.00 |
| | 21 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 22 Transworld Systems Inc. Bankruptcy Department 25 Northwest Point Blvd. #750 Elk Grove Village IL 60007 | | 115.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 BMW Financial Attn: Bankruptcy Dept. 5515 Parkcenter Cir Dublin OH 43017 | | 1,985.00 | NA | NA | 0.00 |
| | 4 CAP1/Bstby Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | 1,313.00 | NA | NA | 0.00 |
| | 5 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 4,863.00 | NA | NA | 0.00 |
| | 6 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 6,179.00 | NA | NA | 0.00 |
| | 7 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 8,169.00 | NA | NA | 0.00 |
| | 8 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 1,892.00 | NA | NA | 0.00 |
| | 9 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 10,296.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vital Recovery Services, Inc. Bankruptcy Department PO Box 923747 Norcross GA 30010 | | 0.00 | NA | NA | 0.00 |
| 1 | American Chartered Bank | 7100-000 | NA | 617,988.63 | 617,988.63 | 9,102.79 |
| 14 | Bep, Inc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 12 | Bmw Financial Services Na, Llc | 7100-000 | NA | 1,985.99 | 1,985.99 | 29.25 |
| 10 | Bmw Financial Services Na, Llc | 7100-000 | NA | 7,924.99 | 7,924.99 | 116.73 |
| 3 | Discover Bank | 7100-000 | NA | 14,985.22 | 14,985.22 | 220.73 |
| 4 | Discover Bank | 7100-000 | NA | 13,588.88 | 13,588.88 | 200.16 |
| 7 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 5,146.49 | 5,146.49 | 75.81 |
| 8 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 6,577.75 | 6,577.75 | 96.89 |
| 9 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 8,406.39 | 8,406.39 | 123.82 |
| 6 | Fsb American Express Bank | 7100-000 | NA | 1,289.66 | 1,289.66 | 19.00 |
| 13 | U. S. Small Business Administration | 7100-000 | NA | 3,934.44 | 3,934.44 | 57.95 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Capital Recovery V, Llc | 7100-001 | NA | 80.77 | 80.77 | 1.19 |
| 5 | Quantum3 Group Llc As Agent For | 7100-001 | NA | 150.00 | 150.00 | 2.21 |
| 15 | Ecast Settlement Corp, | 7200-000 | NA | 1,605.06 | 1,605.06 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 93,659.00 | $ 683,664.27 | $ 683,664.27 | $ 10,046.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-17171 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Jerome Capozzoli | | | | Date Filed (f) or Converted (c): | 04/24/2013 (f) |
| | Monica Abud Delamora | | | | 341(a) Meeting Date: | 07/08/2013 |
| For Period Ending: | 12/02/2015 | | | | Claims Bar Date: | 11/15/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1027 Highland Ave Oak Park, Il 60304 - (Debtors Primary Resi | 173,000.00 | 0.00 | | 0.00 | FA |
| 2. 1006 W Lake Street, Chicago Il - Property Owened By Koi Grou | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account With Chase | 120.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods; Tv, Dvd Player, Tv Stand, Stereo, Sofa, Vac | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, Cd's, Dvd's, Tapes/Records, Family Pictures | 200.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Wearing Apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, Watch, Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8. Pension W/ Employer/Former Employer - 100% Exempt. | Unknown | Unknown | | 0.00 | FA |
| 9. 1/3Rd Interest In Koi Group, Inc (Dissolved, Seeking Reinsta | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 10. 1/3Rd Interest In Bep, Inc. With Darien Rafie & Michael Kryg | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 11. Debtor Was Victim Of Embezelment By Michael Kryger; Fbi Is A | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 12. 5 snakes, 3 chickens, 1 dog, 2 koi fish & 40 rats (to feed t | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $476,820.00 | $319,000.00 | | $19,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold his right, title and interest in debtor's one third interest in KOI Group, Inc. for $15,000 and Debtor's interest in B.E.P. Consulting, Inc. for $4K. Trustee is preparing case for closing.

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | |
|---|---|---|---|
| Case No: | 13-17171 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Jerome Capozzoli | Bank Name: | Associated Bank |
| | Monica Abud Delamora | Account Number/CD#: | XXXXXX5471 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4489 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/02/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/13 | 9 | Samuel Neschis<br>Attorney for Debtor<br>from Client Fund Account | Proceeds of sale of trustee's right, title and interest in KOI Group, Inc. | 1129-000 | $15,000.00 | | $15,000.00 |
| 10/21/13 | 1001 | Jerome Capozzoli<br>1027 Highland Avenue<br>Oak Park, IL 60304 | Debtor Exemption<br>Debtor's exemption in 1/3 interest in KOI Group, Inc. | 8100-002 | | $4,000.00 | $11,000.00 |
| 11/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.29 | $10,977.71 |
| 12/06/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.55 | $10,956.16 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.23 | $10,933.93 |
| 04/24/15 | 10 | Lohman, Neschis & Tolitano LLC<br>DBA Lnt Law<br>Lawyers Trust Fund of Illinois<br>2400 E. Devon Avenue, Suite 284<br>Des Plaines, IL 60018 | Proceeds of sale of trustee's right, title and interest in BEP, Inc. | 1129-000 | $4,000.00 | | $14,933.93 |
| 11/05/15 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,250.00 | $12,683.93 |
| 11/05/15 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $14.54 | $12,669.39 |

Page Subtotals: $19,000.00   $6,330.61

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-17171 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Jerome Capozzoli | Bank Name: Associated Bank |
| Monica Abud Delamora | Account Number/CD#: XXXXXX5471 |
| | Checking |
| Taxpayer ID No: XX-XXX4489 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/02/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/15 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,400.00 | $10,269.39 |
| 11/05/15 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $222.86 | $10,046.53 |
| 11/05/15 | 1006 | American Chartered Bank<br>Attn: Bankruptcy Dept.<br>20 N Martingale Rd<br>Suite 600<br>Schaumburg, Il 60173 | Final distribution to claim 1 representing a payment of 1.47 % per court order. | 7100-000 | | $9,102.79 | $943.74 |
| 11/05/15 | 1007 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 3 representing a payment of 1.47 % per court order. | 7100-000 | | $220.73 | $723.01 |
| 11/05/15 | 1008 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 4 representing a payment of 1.47 % per court order. | 7100-000 | | $200.16 | $522.85 |
| 11/05/15 | 1009 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $3.40 | $519.45 |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 5 representing a payment of 1.47 % per court order. | ($2.21) 7100-001 | | | |
| | | Capital Recovery V, Llc | Final distribution to claim 11 representing a payment of 1.47 % per court order. | ($1.19) 7100-001 | | | |

Page Subtotals: $0.00   $12,149.94

UST Form 101-7-TDR (10/1/2010)  *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-17171  
Case Name: Jerome Capozzoli  
Monica Abud Delamora  
Taxpayer ID No: XX-XXX4489  
For Period Ending: 12/02/2015  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5471  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/15 | 1010 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 6 representing a payment of 1.47 % per court order. | 7100-000 | | $19.00 | $500.45 |
| 11/05/15 | 1011 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 7 representing a payment of 1.47 % per court order. | 7100-000 | | $75.81 | $424.64 |
| 11/05/15 | 1012 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 8 representing a payment of 1.47 % per court order. | 7100-000 | | $96.89 | $327.75 |
| 11/05/15 | 1013 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 9 representing a payment of 1.47 % per court order. | 7100-000 | | $123.82 | $203.93 |
| 11/05/15 | 1014 | Bmw Financial Services Na, Llc<br>P.O. Box 201347<br>Arlington, Tx 76006 | Final distribution to claim 10 representing a payment of 1.47 % per court order. | 7100-000 | | $116.73 | $87.20 |
| 11/05/15 | 1015 | Bmw Financial Services Na, Llc<br>P.O. Box 3608<br>Dublin Oh 43016 | Final distribution to claim 12 representing a payment of 1.47 % per court order. | 7100-000 | | $29.25 | $57.95 |
| 11/05/15 | 1016 | U. S. Small Business Administration<br>U.S. Small Business Administration<br>801 Tom Martin Drive Suite 120<br>Birmingham, Al 3521 | Final distribution to claim 13 representing a payment of 1.47 % per court order. | 7100-000 | | $57.95 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $19,000.00 | $19,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,000.00 | $19,000.00 |
| Less: Payments to Debtors | $0.00 | $4,000.00 |
| Net | $19,000.00 | $15,000.00 |

Page Subtotals: $0.00    $519.45

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5471 - Checking | $19,000.00 | $15,000.00 | $0.00 |
|  | $19,000.00 | $15,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $19,000.00 |
| Total Gross Receipts: | $19,000.00 |